# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-729-697**

Effective date of registration:

May 24, 2014

---

## Title
- **Title of Work:** TransforMansion

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** Nathaniel Shapiro
- **Author Created:** text
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1972

## Copyright claimant
- **Copyright Claimant:** Nathaniel Shapiro
  218 East 89th Street #3E, New York, NY 10128

## Rights and Permissions
- **Name:** Nathaniel Shapiro
- **Email:** nylairchief@gmail.com
- **Telephone:** 212-777-0002
- **Address:** 218 East 89th Street #3E
  New York, NY 10128

## Certification
- **Name:** Nathaniel Shapiro
- **Date:** May 24, 2014