ALONZO WICKERS, ESQ.
California Bar No. 169454
JONATHAN SEGAL, ESQ.
California Bar No. 264238
*Motion for Permission to Practice Pro Hac Vice and Designation of Local Counsel Pursuant to LR IA 11-2 Pending*
**DAVIS WRIGHT TREMAINE LLP**
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-8667
Facsimile: (213) 633-4267
E-Mail: *jonathansegal@dwt.com*
*alonzowickers@dwt.com*

ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

Attorneys for Defendants
PART2 PICTURES LLC, COURTNEY THOMPSON, HEIDI BURKE, JACKIE HURWITZ, AMY BUCHER, LISA LING, and CABLE NEWS NETWORK, INC ("CNN")

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL SHAPIRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC., a Delaware corporation, PART2 PICTURES LLC, a New York limited liability company, LISA LING, an individual and authorized agent of a business entity currently of unknown form, COURTNEY | Case No. 2:17-cv-03033-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [First Request]** |

{N0413850;2}  -1-

| | |
|---|---|
| 1 | THOMPSON, individually and as authorized agent of Defendant PART2 PICTURES LLC, HEIDI BURKE, individually and as authorized agent of Defendant PART2 PICTURES LLC, JACKIE HURWITZ, individually and as authorized agent of Defendant PART2 PICTURES LLC, AMY BUCHER, individually and as authorized agent of Defendant PART2 PICTURES LLC, VINCE KELVIN, a/k/a ANN VON KANEL, an individual, BAO THAI VU, a/k/a "TYLER", an individual, LOS ANGELES SELF-EMPOWERMENT CENTER, a/k/a THE SELF-EMPOWERMENT CENTER, a business entity currently of unknown form; DOES 1 through 50, ROE Business Entities 51-10, |

Defendants.

Plaintiff Nathaniel Shapiro, on the one hand, and Defendants Part2 Pictures LLC, Courtney Thompson, Heidi Burke, Jackie Hurwitz, Amy Bucher, Lisa Ling, and Cable News Network, Inc. (collectively "Part2") on the other hand, **HEREBY STIPULATE AND AGREE** that Part2 shall have up to and including May 10, 2018 to file their response to Plaintiff's Complaint.

This request is being entered in good faith, and not for reason of delay, in order to allow Part2 to investigate the asserted claims and respond to them.

**IT IS SO STIPULATED.**

DATED this 10th day of April, 2018.

| LAW OFFICE OF THOMAS SHADDIX | SPRINGEL & FINK LLP |
|---|---|
| /s/ Thomas S. Shaddix<br>By: _____<br>THOMAS S. SHADDIX, ESQ.<br>3235 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff*<br>*NATHANIEL SHAPIRO* | /s/ Michael A. Arata<br>By: _____<br>ADAM H. SPRINGEL, ESQ.<br>MICHAEL A. ARATA, ESQ.<br>10655 Park Run Drive, Ste. 275<br>Las Vegas, Nevada 89144<br>*Attorneys for PART2 PICTURES LLC,*<br>*COURTNEY THOMPSON, HEIDI*<br>*BURKE, JACKIE HURWITZ, AMY*<br>*BUCHER, LISA LING, and CABLE*<br>*NEWS NETWORK, INC. ("CNN")* |

## ORDER

**IT IS SO ORDERED** that:

Defendants Part2 shall have up to and including May 10, 2018 to file their response to Plaintiff's Complaint in the above-captioned case.

DATED April 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ Michael A. Arata

_____
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
*aspringel@springelfink.com*
*marata@springelfink.com*