# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL SHAPIRO,<br><br>        Plaintiff(s),<br><br>v.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>        Defendant(s). | Case No. 2:17-cv-3033-APG-CWH<br><br>**ORDER DISMISSING DEFENDANTS VINCE KELVIN, BAO THAI VU and LOS ANGELES SELF-EMPOWERMENT CENTER**<br><br>**(ECF No. 9)** |

On March 13, 2018, the plaintiff was advised by the court (ECF No. 9) that this action would be dismissed without prejudice unless by April 12, 2018, the plaintiff filed proper proof of service on defendants or showed good cause why such service was not timely made. On April 10, some but not all of the defendants made appearances in the case and were given extra time to respond to the complaint. ECF Nos. 12, 13. But the plaintiff has failed to file proof of service on defendants Vince Kelvin, Bao Thai Vu, and Los Angeles Self-Empowerment Center. The plaintiff has not shown good cause for failing to serve those defendants and not shown good cause why this action should not be dismissed as to those defendants.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** as to defendants Vince Kelvin, Bao Thai Vu, and Los Angeles Self-Empowerment Center, only.

Dated: April 16, 2018.

                                                             ANDREW P. GORDON
                                                             UNITED STATES DISTRICT JUDGE