**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATHANIEL SHAPIRO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-03033-APG-CWH<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>(ECF No. 15) |

　　The defendants filed a motion to dismiss. No opposition has been filed. Under Local Rule 7-2(d), the failure to file points and authorities in response to a motion to dismiss constitutes a consent to the granting of the motion. In addition, granting the motion is justified on its merits.

　　IT IS THEREFORE ORDERED that the defendants' motion to dismiss **(ECF No. 15) is GRANTED.** The complaint is dismissed without prejudice.

　　Dated: May 29, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE