AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Nathaniel Shapiro

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number:  2:17-cv-03033-APG-CWH

Cable News Network, Inc., et al.

Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendants and against the Plaintiff.

_5/29/18_____
Date

_DEBRA K. KEMPI_____
Clerk

_/s/ A. Reyes_____
Deputy Clerk